IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | CRIM. NO. JKB-19-0473 |
| **DEION CHASE,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons set forth in the foregoing memorandum, it is hereby ORDERED that Chase's Motion for Release Pending Sentencing (ECF No. 21) is DENIED.

DATED this 8th day of May, 2020.

BY THE COURT:

_____/s/_____

James K. Bredar
Chief Judge